RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 13 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
for the
NORTHERN District of GEORGIA

| | |
|---|---|
| KIMBERLY BROWN<br>333 Nelson Street<br>Unit 221<br>Atlanta, GA 30313<br><br>v.<br><br>HONORABLE ALEX AZAR<br>   SECRETARY, UNITED STATES<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES | Appeal No. 0120172244<br><br>Hearing No. 410-2015-00398X<br><br>Agency No. HHSDAORASE01215<br><br>1 19-cv-2152 |

## MOTION TO REQUEST COUNSEL

**I.  CAUSE OF ACTION:**

Plaintiff cannot afford an attorney, and requests the court to appoint an attorney.

I certify that this document was mailed to:

Cynthia Richardson-Crooks, J.D., Director
EEO Compliance and Operations Division
Department of Health and Human Services
Mary E. Switzer Building
330 C St., SW, Suite 2200
Washington, DC 20201

May 13, 2019

_[signature]_