FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

KIMBERLY BROWN
333 Nelson Street
Unit 221
Atlanta, GA 30313

CIVIL ACTION FILE NO.
1:19-cv-~~02504~~-LMM
02152

V.

HONORABLE ALEX AZAR
  SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES

## OBJECTION TO MOTION TO DISMISS WITH PREJUDICE

1. The ongoing hostile workplace lasted from March 20, 2014, through Plaintiff's departure from the Agency, September 6, 2014.
2. Plaintiff was charged AWOL on March 20, 2014, in spite of a medical note from Plaintiff's doctor, and statement from 3 of the Plaintiff's associates(disclosing personal medical information).
3. Plaintiff disputed AWOL charge immediately.
4. Plaintiff discussed an EEOC complaint with her supervisor, Dawne Hines, who said "she'd rather we worked things out".
5. Plaintiff was dissuaded from filing an actual complaint with EEO.
6. Plaintiff felt intimidated by Vincent Williams, and Dawne Hines.
7. Plaintiff discussed the tension with Dawne Hines, who dismissed the issue.
8. A complaint was filed.
9. AWOL charge was reversed on December 18, 2014, after 9 months of being in a hostile environment.
10. On December 18, 2014, Plaintiff was ambushed by supervisory staff, and issued a "Letter of Caution: Excessive Unscheduled Leave, for 3 incidents that happened over a year prior to the issuance of said letter.(retaliation).
11. Plaintiff was placed on a 3 month detail, in the File Room, that lasted 9 months, "while plaintiff's complaint was processed".
12. Plaintiff was asked to "recertify" disabilities with the Agency, even though Plaintiff's disabilities were certified with her application for employment.
13. Plaintiff was belittled and harassed for the remainder of employment.
14. Dawne Hines did nothing to diffuse the situation.
15. Vincent Williams and the plaintiff did not speak for approximately 18 months.

All documents have been sent to Defendant and the District Court on August 23, 2019

*[signature]*

Kimberly D. Brown, Plaintiff